JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486   41st Street, # 3
Oakland, CA 94609
(510) 420-0324

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS DUCRE; CHARLES ALLEN; K.A. by and through his guardian ad litem, CHARLES ALLEN,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF RICHMOND, a municipal corporation; CHARLES P. BENNET in his capacity as Chief of Police for CITY OF RICHMOND; JOHN ARGUMANIZ, individually, and in his capacity as a Richmond police officer; ERIC SMITH, individually, and in his capacity as a Richmond police officer; MICHAEL ROOD, individually, and in his capacity as a Richmond police officer; MITCH PEIXOTO, individually, and in his capacity as a Richmond police officer; LOUIE TIRONA, individually, and in his capacity as a Richmond police officer; and, DOES 6-100, inclusive,<br><br>　　　　　　　　　Defendants.　　　　　/ | No.  C-04-5323-WHA<br><br>**STIPULATION AND ORDER FOR RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS AND RESPONSES TO SPECIAL INTERROGATORIES PURSUANT TO STIPULATED PROTECTIVE ORDER** |

**STIPULATION**

1

STIPULATION AND ORDER FOR RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS AND
RESPONSES TO SPECIAL INTERROGATORIES PURSUANT TO STIPULATED PROTECTIVE ORDER

All parties hereby stipulate and agree, by and through their respective counsel, as follows:

1. That defendant CITY OF RICHMOND ("CITY") will produce the documents and tapes responsive to plaintiffs' Request for Production of Documents Response Numbers 10, 11, 12, 13, 14, 15, 16, and 17, as agreed to in defense counsel's letter to plaintiff's counsel, dated 9-16-05, a copy of which letter is attached hereto as **Exhibit 1** (which letter responded to plaintiffs' counsel's letter to defense counsel, dated 9-9-05, a copy of which is attached hereto as **Exhibit 2**;

2. That defendant CITY will serve Responses to plaintiffs' Special Interrogatories, Responses Numbers 4, 6, 7, 8, and 9, as agreed to in defense counsel's letter to plaintiff's counsel, dated 9-16-05, a copy of which letter is attached hereto as **Exhibit 1** (which letter responded to plaintiffs' counsel's letter to defense counsel, dated 9-9-05, a copy of which is attached hereto as **Exhibit 2**;

3. That defendant CITY serve, if they can be made from existing tapes that are available, better quality copies of audiocassette tapes where voices can readily be heard, made by the Richmond Police Dept. regarding the subject incident of 8-12-04 of:   plaintiff Klentae Allen; defendant officer Mitch Peixoto; Sgt. Tenedora (Davis Police Dept.); Det. LaFond (Davis Police Dept.); Officer Steve Harris (Richmond Police Dept.); Det. Mark Herman (Davis Police Dept.); Det. Penrose  (Davis Police Dept.); Det. Penrose (Davis Police Dept.); Det. Longacre (Davis Police Dept.); Det. Joe Anderson (Richmond Police Dept.); and, Bell Street Dispatch Tape. The abovementioned audiocassette tapes are referred to in Ms. Libet's letter to Mr. Sturges, dated
9-20-05, a copy of which letter is attached hereto as **Exhibit 3**;

4. That defendant CITY is to serve the above-referenced Responses, documents, and tapes so they are received by the Law Offices of Gayla B. Libet by no later than <u>September 27, 2005</u>; and,

5. The above-referenced Responses, documents, and tapes are to be served pursuant to the Stipulated Protective Order that has been filed in this case.

2

STIPULATION AND ORDER FOR RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS AND
RESPONSES TO SPECIAL INTERROGATORIES PURSUANT TO STIPULATED PROTECTIVE ORDER

LAW OFFICES OF GAYLA B. LIBET

Dated: 9/22/05         By: /S/

GAYLA B. LIBET, Esq.
Attorneys for Plaintiffs

BASSI, MARTINI, EDLIN & BLUM LLP

Dated: 9/22/05         By: /S/

PETER STURGES, Esq.
Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED
Judge William Alsup

Dated: September 29, 2005

HONORABLE WILLIAM H. ALSUP
United States District Court Judge