IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS DUCRE; CHARLES ALLEN; K.A. by and through his guardian ad litem, CHARLES ALLEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF RICHMOND, a municipal corporation; CHARLES P. BENNETT in his capacity as Chief of Police for CITY OF RICHMOND; ERIC SMITH, individually, and in his capacity as a Richmond police officer; MICHAEL ROOD, individually, and in his capacity as a Richmond police officer; MITCH PEIXOTO, individually, and in his capacity as a Richmond police officer; LOUIE TIRONA, individually, and in his capacity as a Richmond police officer; and, DOES 6–100, inclusive,<br><br>    Defendants. | No. C 04-05323 WHA<br><br>**ORDER REQUESTING STIPULATED DISMISSAL** |

It is the Court's understanding that an agreement was reached during a settlement conference held before Magistrate Judge Edward M. Chen on October 14, 2005. The parties are requested to submit a stipulated dismissal of all claims by **NOVEMBER 30, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file.

**IT IS SO ORDERED.**

Dated: October 17, 2005

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE