**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS DUCRE; CHARLES ALLEN; K.A. by and through his guardian ad litem, CHARLES ALLEN, | No. C 04-05323 WHA |
| Plaintiffs, | |
| v. | **ORDER REQUESTING STIPULATED DISMISSAL** |
| CITY OF RICHMOND, a municipal corporation; CHARLES P. BENNETT in his capacity as Chief of Police for CITY OF RICHMOND; ERIC SMITH, individually, and in his capacity as a Richmond police officer; MICHAEL ROOD, individually, and in his capacity as a Richmond police officer; MITCH PEIXOTO, individually, and in his capacity as a Richmond police officer; LOUIE TIRONA, individually, and in his capacity as a Richmond police officer; and, DOES 6–100, inclusive, | |
| Defendants. | |

In light of defendants' letter dated December 2, 2005, the parties are requested to submit a stipulated dismissal of all claims by **JANUARY 3, 2006**, so the Court may issue an order instructing the Clerk to officially close the case file.

**IT IS SO ORDERED.**

Dated:  December 2, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE