IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS DUCRE; CHARLES ALLEN; K.A. by and through his guardian ad litem, CHARLES ALLEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF RICHMOND, a municipal corporation; CHARLES P. BENNETT in his capacity as Chief of Police for CITY OF RICHMOND; ERIC SMITH, individually, and in his capacity as a Richmond police officer; MICHAEL ROOD, individually, and in his capacity as a Richmond police officer; MITCH PEIXOTO, individually, and in his capacity as a Richmond police officer; LOUIE TIRONA, individually, and in his capacity as a Richmond police officer; and, DOES 6–100, inclusive,<br><br>    Defendants.<br>_____ / | No. C 04-05323 WHA<br><br>**ORDER AMENDING DATE FOR STIPULATED DISMISSAL** |

    Defendants indicate that although a settlement has been reached in this case, the parties were not able to comply with the Court's deadline for providing it with a stipulated dismissal. This order extends the time for compliance until January 20, 2006. This also serves as a reminder to the parties, however, that until they submit a stipulated dismissal, all dates set in the case management order including the trial date are operative.

    **IT IS SO ORDERED.**

Dated: January 10, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE