JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
(510) 420-0324

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DORIS DUCRE; CHARLES ALLEN; K.A. by and through his guardian ad litem, CHARLES ALLEN,

Plaintiffs,

vs.

CITY OF RICHMOND, a municipal corporation; CHARLES P. BENNETT, in his capacity as Chief of Police for CITY OF RICHMOND; JOHN ARGUMANIZ, individually, and in his capacity as a Richmond police officer; ERIC SMITH, individually, and in his capacity as a Richmond police officer; MICHAEL ROOD, individually, and in his capacity as a Richmond police officer; MITCH PEIXOTO, individually, and in his capacity as a Richmond police officer; LOUIE TIRONA, individually, and in his capacity as a Richmond police officer; and, DOES 6-100, inclusive,

Defendants.

No. C-04-5323-WHA

**STIPULATION AND ORDER FOR DISMISSAL OF ACTION**

## STIPULATION

All parties hereby stipulate and agree, by and through their respective counsel, as follows:

STIPULATION AND ORDER FOR DISMISSAL OF ACTION

1. That plaintiffs dismiss this action with prejudice.

LAW OFFICES OF JOHN L. BURRIS

Dated: 1/25/06                By: _____
                                   JOHN L. BURRIS, Esq.
                                   Attorneys for Plaintiffs

LAW OFFICES OF GAYLA B. LIBET

Dated: _____        By: _____
                                   GAYLA B. LIBET, Esq.
                                   Attorneys for Plaintiffs

BASSI, MARTINI, EDLIN & BLUM LLP

Dated: 1/18/06                By: _____
                                   PETER STURGES, Esq.
                                   Attorneys for Defendants
                                   CITY OF RICHMOND; CHARLES P. BENNETT;
                                   JOHN ARGUMANIZ; ERIC SMITH; MICHAEL
                                   ROOD; MITCH PEIXOTO; and LOUIE TIRONA

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 27, 2006         _____
                                HONORABLE WILLIAM H. ALSUP
                                United States District Court Judge

APPROVED
Judge William H. Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA